IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW GUY MORET,

   Plaintiff,

   v.

OREGON STATE HOSPITAL,
POORNIMA RANGANATHAN,
ANDREA DAILEY,

   Defendants.

Case No. 6:18-cv-01105-MK

ORDER

MCSHANE, Judge:

  Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 52), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

  Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 52) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 40) is GRANTED and the case is dismissed with prejudice.

1 – ORDER

IT IS SO ORDERED.

DATED this 9th day of December, 2019.

                                                                                                    s/Michael J. McShane
                                                                                                         Michael McShane
                                                                                United States District Judge