UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ANDREW GUY MORET,

    Plaintiff,

v.

OREGON STATE HOSPITAL,
POORNIMA RANGANATHAN,
ANDREA DAILEY,

    Defendants.

Case No. 6:18-cv-01105-MK

ORDER

MCSHANE, District Judge:

Magistrate Judge Kasubhai filed a Findings and Recommendation (ECF No. 78), and the matter is now before this Court on plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation issued on April 12, 2021 (ECF No. 78) is ADOPTED in full. Defendants' Motion for Summary Judgment (ECF No. 62) is GRANTED and plaintiff's Motion for Summary Judgment (ECF No. 61) is DENIED. Plaintiff's

1 – ORDER

state law tort claims and his claims against Oregon State Hospital are DISMISSED. Plaintiff's Motion to Transfer Case to state court (ECF No. 81) is DENIED.

Plaintiff also seeks to reinstate his claims brought under 42 U.S.C. § 1983 against defendants Ranganathan and Dailey based on video evidence he submitted. The video evidence from the Washington County Jail is not relevant to his § 1983 claims alleging the involuntary administration of medication at Oregon State Hospital. Accordingly, I reaffirm my adoption of Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 52) issued on September 17, 2019, and plaintiff's Motion to Reinstate Claims (ECF No. 83) is DENIED.

IT IS SO ORDERED.

DATED this 12th day of May, 2021.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge